JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| PERLA MENDEZ,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, BANK OF AMERICA GROUP EMPLOYEE BENEFIT PLAN; DOES 1 THROUGH 10,<br><br>　　　　Defendants. | Case No. 5:24-cv-02602-SSS-DTBx<br><br>(Honorable Sunshine S. Sykes)<br><br>**ORDER GRANTING DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>Complaint Filed: December 6, 2024 |

# ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all parties. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 5, 2025

_____
HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT COURT JUDGE